Recpt # 11090343
$3.40

# THOMAS J. GAFFNEY
BANKRUPTCY TRUSTEE
80 WEST HURON STREET
BUFFALO, NY 14202
Telephone: (716) 852-1102

August 2, 2010



Paul Warren Esq.
Olympic Towers
Court Clerk
300 Pearl Street
Buffalo, NY 14202

Re: In re SKINNER, JONATHAN P.
Case No. 08-14344 CLB

Dear Clerk:

Enclosed herein please find Check No. 10112 in the amount of $3.40 in full and final payment, RE: claim # 7 US Bank NA, in the above captioned bankruptcy proceeding. Enclosed is the Claims Proposed Distribution and Order Allowing Compensation for your convenience.

Very truly yours,

THOMAS J. GAFFNEY
Bankruptcy Trustee

Enclosure

# Claims Proposed Distribution

## Case: 08-14344   SKINNER, JONATHAN P.

| Case Balance: | $1,696.91 | Total Proposed Payment: | $1,696.91 | Remaining Balance: | $0.00 | | |
|---|---|---|---|---|---|---|---|

| Claim # | Claimant Name | Type | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---|---|---|---|---|---|---|---|---|
| | THOMAS J. GAFFNEY <2200-00  Trustee Expenses> | Admin Ch. 7 | 25.94 | 25.94 | 0.00 | 25.94 | 25.94 | 1,670.97 |
| | THOMAS J. GAFFNEY <2100-00  Trustee Compensation> | Admin Ch. 7 | 424.23 | 424.23 | 0.00 | 424.23 | 424.23 | 1,246.74 |
| **SUBTOTAL FOR  ADMIN CH. 7** | | | 450.17 | 450.17 | 0.00 | 450.17 | 450.17 | |
| 1 | City of Lawrence | Unsecured | 168.83 | 168.83 | 0.00 | 168.83 | 13.29 | 1,233.45 |
| 2 | Capital Recovery II | Unsecured | 351.08 | 351.08 | 0.00 | 351.08 | 27.64 | 1,205.81 |
| 3 | LVNV Funding LLC | Unsecured | 3,600.06 | 3,600.06 | 0.00 | 3,600.06 | 283.45 | 922.36 |
| 4 | LVNV Funding LLC | Unsecured | 712.54 | 712.54 | 0.00 | 712.54 | 56.10 | 866.26 |
| 6 | PRA Receivables Management, LLC | Unsecured | 674.71 | 674.71 | 0.00 | 674.71 | 53.12 | 813.14 |
| 7 | U.S. Bank N.A. | Unsecured | 43.14 | 43.14 | 0.00 | 43.14 | 3.40 * | 809.74 |
| 8 | Sprint Nextel Correspondence | Unsecured | 1,008.80 | 1,008.80 | 0.00 | 1,008.80 | 79.43 | 730.31 |
| 9 | Roundup Funding, LLC | Unsecured | 90.53 | 90.53 | 0.00 | 90.53 | 7.13 | 723.18 |
| 10 | Credit First NA | Unsecured | 1,321.09 | 1,321.09 | 0.00 | 1,321.09 | 104.02 | 619.16 |
| 11 | Sallie Mae | Unsecured | 7,863.93 | 7,863.93 | 0.00 | 7,863.93 | 619.16 | 0.00 |
| **SUBTOTAL FOR  UNSECURED** | | | 15,834.71 | 15,834.71 | 0.00 | 15,834.71 | 1,246.74 | |
| | **Total for Case 08-14344 :** | | $16,284.88 | $16,284.88 | $0.00 | $16,284.88 | $1,696.91 | |

*\* to be paid to Clerk of Court per P3010*

## CASE SUMMARY

| | Amount Filed | Amount Allowed | Paid to Date | Proposed Payment | % paid |
|---|---|---|---|---|---|
| **Total Administrative Claims :** | $450.17 | $450.17 | $0.00 | $450.17 | 100.000000% |
| **Total Unsecured Claims :** | $15,834.71 | $15,834.71 | $0.00 | $1,246.74 | 7.873463% |

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

In re:
SKINNER, JONATHAN P.

Chapter 7

Case No. 08-14344 CLB

Debtor(s).

## ORDER ALLOWING COMPENSATION
## AND CHAPTER 7 ADMINISTRATIVE EXPENSES

The Court, after having reviewed and considered the request for trustee commissions and expenses of the Chapter 7 Trustee herein, and other applications for fees and expenses, if any, and the Court having considered the request for approval of Chapter 7 administrative expenses paid by the Trustee (as shown on Form II of the Trustee's Final Report) for which approval has not yet been sought, and the Court having considered filed objections, if any, and upon due deliberation, it is

ORDERED that Trustee's commissions and expenses, and other professional's fees and expenses are allowed and approved as follows:

| Applicant(s) | Amounts Allowed | |
|---|---|---|
| | Compensation | Expenses |
| THOMAS J. GAFFNEY | $ 424.23 | $ 25.94 |
| Trustee | | |

and it is further

ORDERED that the Chapter 7 administrative expenses paid by the Trustee (as shown on Form II of the Trustee's Final Report) not yet approved are now allowed and approved, and it is further

ORDERED that the Trustee shall pay the following expenses of administration to the Clerk, U.S. Bankruptcy Court:

| | |
|---|---|
| Notices | $_____ |
| Claims | $_____ |
| Complaints | $_____ |
| Other | $_____ |
| Total to Clerk | $ 0.00 |

Dated: 3/18/10    JUL - 9 2010

Honorable CARL L. BUCKI
United States Bankruptcy Judge

F I L E D
JUL - 9 2010
BANKRUPTCY COURT
BUFFALO, N.Y.