# Thomas J. Gaffney

Attorney & Counselor at Law
80 West Huron
Buffalo, New York 14202-2408
(716) 852-1102



*1109/053*
*$ 104.02*
*12/8/10*

Paul R. Warren, Clerk of Court
United States Bankruptcy Court, WDNY
300 Pearl Street, Suite 250
Buffalo, New York 14202

December 8, 2010

Re: <u>SKINNER, JONATHAN P.</u>    /Case # <u>08-14344CLB</u>
Request to Deposit of Unclaimed Funds into the United States Treasury

Dear Clerk of Court:

Enclosed please find my Trustee's check in the amount of $<u>104.02</u>  I request that the Clerk of Court deposit said funds, in the name of the creditors and in the amounts listed below, with the U.S. Treasury as "unclaimed funds."

_____ I have made a diligent effort to locate the claimant(s) for said funds and have been unable to locate the claimant(s), **or**

Claimant <u>Credit First N.A.</u>    Amount $ <u>104.02</u> Claim Register # <u>10</u>

THOMAS J. GAFFNEY
Trustee